# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | ED CR 19-00072-JAK |
| v. ANGEL PHILIP ANGULO, JR. | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☑ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ANGEL PHILIP ANGULO, JR.

Alias:

on  May 6, 2019  at  2:00 pm  before Judge/Magistrate Judge  Duty Magistrate
    *(Date of Appearance)*    (Time)

Dated: April 19, 2019

*Kenly* (signature)

HON. KENLY KIYA KATO
~~U.S. District Judge~~/U.S. Magistrate Judge

G-09 ORDER (10/06)   ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM