# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Plaintiff(s) v. Defendant(s). | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS**  ☐ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus  ☐ Ad Prosequendum  ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: _____

    Alias: _____

on _____ at _____ before Judge/Magistrate Judge _____
   *(Date of Appearance)*   (Time)


Dated: _____                   _____
                                                                                 **U.S. District Judge/U.S. Magistrate Judge**