# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | ED CR 19-00072-JAK |
| v.<br>ANGEL PHILIP ANGULO, JR.<br><br>Defendant(s). | **ORDER ON**<br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☑ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ANGEL PHILIP ANGULO, JR.

Alias: 

on  March 23, 2020  at  2:00 pm  before Judge/Magistrate Judge  Duty Magistrate
   *(Date of Appearance)*      *(Time)*

Dated: February 25, 2020

Sheri Pym
**U.S. Magistrate Judge**

G-09 ORDER (10/06)   ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM