FILED
CLERK, U.S. DISTRICT COURT
05/15/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DM  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>ANGEL PHILIP ANGULO, JR.<br>USMS# 79446-112   PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>5:19-cr-00072-JAK<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 05/13/2020   12:00   ☐ AM   ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   21 U.S.C., SECTION 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1978

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Officer Joey Aguayo-Johnson

10. Remarks (if any): N/A

11. Name: Marcelino Hazelwood   (please print)

12. Office Phone Number: (951)276-6165

13. Agency: USMS

14. Signature: *[signed]*

15. Date: 05/15/2020

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION