# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 5:19-CR-00072        Recorder: Laura Elias        Date: 05/15/2020

Present: The Honorable Jean P. Rosenbluth, U.S. Magistrate Judge

Court Clerk: Beatriz Martinez            Assistant U.S. Attorney: Rachel N. Agress

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ANGEL PHILIP ANGULO, JR. CUSTODY-PRESENT | CLAIRE M. SIMONICH DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge John A. Kronstadt.
It is ordered that the following date(s) and time(s) are set:
   Jury Trial 7/7/2020 at 9:00 AM
   Pre-trial Conference 6/25/2020 at 8:30 AM
   Defendant and counsel are ordered to appear before said judge at the time and date indicated.

   Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

   A joint report is due by 05/29/2020. The last day to hear motions is 06/25/2020 at 8:30 AM.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: BM by TRB

cc: Statistics Clerk, PSALA USMLA