NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
RACHEL N. AGRESS (Cal. Bar No. 281703)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0487
    Facsimile: (213) 894-6269
    E-mail:    rachel.agress@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00072-JAK |
|---|---|
| Plaintiff, | **GOVERNMENT'S EX PARTE APPLICATION FOR FINDINGS OF FACT PURSUANT TO THE CARES ACT** |
| v. | |
| ANGEL PHILIP ANGULO, JR., aka "Bullet," | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Rachel N. Agress, hereby applies for an order setting forth the Court's findings of fact in support of a determination that the guilty-plea hearing in this case may proceed by video-teleconference under § 15002(b) of the CARES Act.

    Defendant ANGEL PHILIP ANGULO, JR., also known as, "Bullet," ("defendant"), by and through his counsel of record, Deputy Federal Public Defender Claire Simonich, objects to the factual findings in

the government's proposed order and this application, but has consented to proceed with his guilty-plea hearing by video-teleconference.  The government believes that the factual findings in its proposed order are necessary to support conducting the guilty-plea hearing by video-teleconference.

The government's application is based on the files and records in this case and such further evidence and argument as the Court may permit.

Dated: November 5, 2020          Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                   /s/
                                 RACHEL N. AGRESS
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA