# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| USA <br><br> Plaintiff(s), <br><br> v. <br><br> ANGEL PHILIP ANGULO, JR <br><br> Defendant(s). | 5:19–cr–00072–JAK <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __11/5/2020__

Document Number(s):   __38__

Title of Document(s):   __Ex Parte Application for Findings of Fact Pursuant to the Cares Act__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Order – under Category – Applications/Ex Parte Applications/Motions/Requests

(2) Miscellaneous Document event utilized in docketing this filing. (3) The document is accepted as filed. (4) Clerk has converted the Ex Parte Application event. (5) Counsel shall take notice of the CM/ECF procedures. Any future document will be stricken for failure to follow the procedures.

Other:

**Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: November 9, 2020         By:  /s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*
                                              Deputy Clerk

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS