TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
RACHEL N. AGRESS (Cal. Bar No. 281703)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-0487
     Facsimile:    (213) 894-6269
     E-mail:       rachel.agress@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 19-00072-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO THE PRESENTENCE REPORT FOR DEFENDANT ANGEL PHILIP ANGULO, JR. |
| v. | |
| ANGEL PHILIP ANGULO, JR., aka "Bullet," | HEARING DATE: February 25, 2021 HEARING TIME: 12:00 P.M. |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Rachel Agress, hereby files its Response to the Presentence Report ("PSR") for defendant Angel Philip Angulo, Jr., also known as "Bullet" ("defendant").

//
//
//
//
//

This Response is based upon the attached memorandum of points and authorities, the files and records in this case, and such evidence and argument as the Court may permit.  The Government will also be filing a sentencing position paper on or before February 11, 2021, as ordered by the Court.

Dated: February 4, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

     /s/
RACHEL N. AGRESS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Angel Philip Angulo, Jr. ("defendant") is before the court for sentencing after having pled guilty to one count of conspiracy to distribute and possess with intent to distribute methamphetamine under 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii). The Presentence Investigation Report ("PSR") issued by the United States Probation Office ("USPO") was filed on January 21, 2021. The government now files this brief in response to the PSR to address several statements in the PSR.

The government respectfully objects to two typos regarding the date (November 11, 2018) and amount of methamphetamine (11 grams) described in paragraph 3 of the PSR. Both count two of the indictment and the factual basis of the plea agreement provide that defendant distributed 111 grams of methamphetamine on November 7, 2018. (Dkt. 4 [Indictment]; Dkt. 34 [Amended Plea Agreement] ¶ 12.) The correct amount of 111 grams is also listed in paragraph 17 of the PSR. PSR ¶ 17.

The government respectfully clarifies that, as set out in the plea agreement, while it agrees not to charge a criminal history enhancement allegation or file an information against defendant pursuant to Title 21, United States Code, Section 851, defendant agrees "that at the time of sentencing the Court may consider the facts that would give rise to such an criminal history enhancement allegation or information." (Compare Dkt. 34 [Amended Plea Agreement] ¶ 3.d. with PSR ¶ 6.)

The government respectfully objects to paragraphs 14 and 15 of the PSR, in that it was November 6, 2018, and not November 7, 2018, when the confidential source texted defendant that the undercover

agent who defendant believed was a customer wanted to purchase another four ounces of methamphetamine; defendant then met the confidential source and undercover the next day, on November 7, 2018. (Compare Dkt. 34 [Amended Plea Agreement] at ¶ 12 with PSR ¶¶ 14, 15.)