**CASH BOND**

RECOMMENDED $ DEF#1-500,000.00   DEF#2:95,000.00

GROVER C. TRASK
DISTRICT ATTORNEY

AGENCY#: 0415871/CRPD

MFG

AUG 03 2018 R

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF RIVERSIDE
(Riverside)

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | D.A.# 180179 |
| Plaintiff, | CASE NO. RIF120309 |
| v. | FELONY COMPLAINT |
| ROBERT VILLA<br>DOB:08/13/1976<br>AKA:BOBBY VILLA<br>AKA:ROBERT VERDUGO VILLA, JR.<br>ANGEL PHILIP ANGULO, JR.<br><br>BOOKING # 200447732<br><br>DOB:04/11/1978<br>AKA:PHILIP ANGULO ANGEL<br>AKA:ANGEL PHILLIP ANGULO<br><br>BOOKING # 200447731<br><br>Document redacted as mandated by law.<br>8/2/18  AS<br>Defendants. | DRUG CALENDAR<br><br>P.C. 1000 DIVERSION   PC 1210.1 REFERRED<br>Eligible _____        YES _____<br>Not Eligible BOTH    NO  BOTH<br>Unknown if Eligible ____<br><br><br>FILED<br>SUPERIOR COURT<br>COUNTY OF RIVERSIDE<br><br>NOV 16 2004 |

### COUNT 1

That the above named defendants ROBERT VILLA and ANGEL ANGULO committed a violation of Health and Safety Code section 11379, subdivision (a), a Felony, in that on or about November 13, 2004, in the County of Riverside, State of California, they did wilfully and unlawfully sell, transport, furnish, administer, import, and give away, and offer to sell, transport, furnish, administer, and give away a controlled substance, to wit, METHAMPHETAMINE.

### COUNT 2

That the above named defendant ROBERT VILLA committed a violation of Health and Safety Code section 11550, subdivision (a), a Misdemeanor, in that on or about November 13, 2004, in the County of Riverside, State of California, he did wilfully and unlawfully use and be under the influence of a controlled substance, said controlled substance not having been administered by and under the direction of a person licensed by the State of California to prescribe and administer controlled substances.

COURT ORIGINAL

USA_000110

CASH BOND
RECOMMENDED $ _____
GROVER C TRASK
DISTRICT ATTORNEY

Page 2

### COUNT 3

That the above named defendants ROBERT VILLA and ANGEL PHILLIP ANGULO, JR. committed a violation of Health and Safety Code section 11364, a Misdemeanor, in that on or about November 13, 2004, in the County of Riverside, State of California, they did wilfully and unlawfully possess a device, contrivance, instrument, and paraphernalia used for unlawfully injecting and smoking a controlled substance.

### COUNT 4

That the above named defendant ROBERT VILLA committed a violation of Business and Professions Code section 4140, a Misdemeanor, in that on or about November 13, 2004, in the County of Riverside, State of California, he did wilfully and unlawfully possess and have under his control a hypodermic needle and hypodermic syringe.



### PRIOR OFFENSE 1

It is further alleged that said defendant, ROBERT VILLA was on or about March 8, 2002, in the Superior Court of the State of California for the County of Riverside, convicted of the crime of POSSESS FIREARM WITH PRIOR FELONY WITH GANG ALLEGATION, a Felony, in violation of section 12021/186.22 of the PENAL Code, and that he then served a separate term in state prison for said offense, and did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term, within the meaning of Penal Code section 667.5, subdivision (b).

### PRIOR OFFENSE NO 2

It is further alleged that said defendant, ROBERT VILLA was on or about March 26, 1999, in the Superior Court of the State of California for the County of Riverside, convicted of the crime of CARJACKING, a Felony, in violation of section 215 of the Penal Code, and that he then served a separate term in state prison for said offense, and did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term, within the meaning of Penal Code section 667.5, subdivision (b).

### PRIOR OFFENSE NO 3

It is further alleged that said defendant, ROBERT VILLA was on or about January 30, 1997, in the Superior Court of the State of California for the County of Riverside, convicted of the crime of AUTO THEFT WITH PRIOR, a Felony, in violation of section 666.5 of the Penal Code, and that he then served a separate term in state prison for said offense, and did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term, within the meaning of Penal Code section 667.5, subdivision (b).

COURT ORIGINAL

USA_000112

```
CASH BOND
RECOMMENDED $ _____
   GROVER C. TRASK
   DISTRICT ATTORNEY
```

Page 3

### PRIOR OFFENSE NO 4

It is further alleged that said defendant, ROBERT VILLA was on or about January 11, 1996, in the Superior Court of the State of California for the County of Riverside, convicted of the crime of POSSESS FIREARM WITH PRIOR FELONY, a Felony, in violation of section 12021 of the Penal Code, and that he then served a separate term in state prison for said offense, and did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term, within the meaning of Penal Code section 667.5, subdivision (b).

### SPECIAL ALLEGATION – 667(c) & (e)(1) and 1170.12(c)(1)

It is further alleged that the defendant, ROBERT VILLA, was on or about March 26, 1999 in the Superior Court of the State of California, for the County of Riverside, convicted of the crime of, CARJACKING, a serious and violent felony, in violation of section 215 of the Penal Code, within the meaning of Penal Code sections 667, subdivisions (c) and (e)(1), and 1170.12, subdivision (c)(1).

### PRIOR OFFENSE NO 1

It is further alleged that said defendant, ANGEL PHILLIP ANGULO, JR. was on or about September 5, 2003, in the Superior Court of the State of California for the County of Riverside, convicted of the crime of POSSESS CONTROLLED SUBSTANCE, a Felony, in violation of section 11377 of the Health and Safety Code, and that he then served a separate term in state prison for said offense, and did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term, within the meaning of Penal Code section 667.5, subdivision (b).

### PRIOR OFFENSE NO 2

It is further alleged that said defendant, ANGEL PHILIP ANGULO, JR. was on or about November 3, 1999, in the Superior Court of the State of California for the County of Riverside, convicted of the crime of ASSAULT WITH A DEADLEY WEAPON WITH GANG ALLEGATION, a Felony, in violation of section 245(a)(1)/186.22(b) of the Penal Code, and that he then served a separate term in state prison for said offense, and did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term, within the meaning of Penal Code section 667.5, subdivision (b).

### SPECIAL ALLEGATION – 667(c) & (e)(1) and 1170.12(c)(1)

It is further alleged that the defendant, ANGEL PHILIP ANGULO, JR., was on or about November 3, 1999 in the Superior Court of the State of California, for the County of Riverside, convicted of the crime of, ASSAULT WITH A DEADLEY WEAPON WITH GANG ALLEGATION, a serious and violent felony, in violation of section 245(a)(1)/186.22(b) of the Penal Code, within the meaning of Penal Code sections 667, subdivisions (c) and (e)(1), and 1170.12, subdivision (c)(1).

I declare under penalty of perjury upon information and belief under the laws of the State of California that the foregoing is true and correct.

Dated: November 16, 2004
DAL:sf

_____
Complainant

COURT ORIGINAL

USA_000113

This must be in red to be a "CERTIFIED COPY"

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside

**Edward Espinosa**

By: *Edward Espinosa*
DEPUTY

Dated: 11/29/2018

Certification must be in red to be a "CERTIFIED COPY"

USA_000114