CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CLAIRE M. SIMONICH (Bar No. 316094)
(E-Mail: Claire_Simonich@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ANGEL ANGULO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGEL PHILIP ANGULO. <br><br> Defendant. | Case No. ED CR 19-72-JAK <br><br> **UNOPPOSED *EX PARTE* APPLICATION TO FILE UNTIMELY AND UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |

Defendant Angel Angulo, by and through his attorney of record Deputy Federal Public Defender Claire M. Simonich, hereby applies to this Court for an Order that "Exhibit F to Angel Angulo's Sentencing Position" lodged herewith, be filed late and under seal. This application is based upon the attached Memorandum of Points and Authorities, the attached declaration of Claire Simonich, and all files and records in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 12, 2021    By  /s/ Claire Simonich
_____
CLAIRE M. SIMONICH
Deputy Federal Public Defender
Attorney for ANGEL ANGULO

## MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Local Rule 79-5.1 provides that a party may request that documents be filed under seal.

Presentence Reports prepared by the Probation Officer are not filed in the Court file, but rather submitted to the Court for the purposes of sentencing and thereafter held by the United States Probation Office. *See* Fed. R. Crim. P. 32; *see also United States v. Schlette*, 842 F.2d 1574 (9th Cir. 1988) (addressing confidentiality of presentence reports). Thus, because of the personal contents of the reports, they are considered confidential documents. *Schlette*, 842 F.2d at 1579, 1583. As such, courts have established a strong presumption in favor of confidentiality in determining whether to disclose a Presentence Report to third parties. *Id.* at 1579.

The Ninth Circuit Court of Appeals has a standing local rule permitting the filing of all pre-sentence reports and all other confidential sentencing documents under seal. *See* Ninth Circuit Rule 30-1.8.

The underlying document references highly sensitive information relating to Mr. Angulo's background. Specifically, it makes reference to private information regarding Mr. Angulo's childhood, which is also contained in the psychological evaluation and Presentence Report

It is submitted that the attached declaration of Claire Simonich is sufficient to justify that Angel Angulo's Sentencing Position and Exhibits lodged herewith, be filed <u>under seal</u> and untimely.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 12, 2021     By _____
CLAIRE M. SIMONICH
Deputy Federal Public Defender

2

## DECLARATION OF CLAIRE M. SIMONICH

I, CLAIRE M. SIMONICH, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California, appointed to represent Mr. Angulo in the above-entitled action.

2. The attached sentencing letter, written by Mr. Angulo himself, includes details about his background that are highly sensitive. Similar details are contained in the Presentence Report and psychological evaluation. I am concerned that the publication of these details could unduly invade Mr. Angulo's privacy. Accordingly, I seek the Court's permission to file the instant sentencing position and exhibits <u>under seal</u>.

3. Additionally, I received the attached letter in the mail. on February 12, 2020; one day after the Court's deadline to file sentencing position papers.

4. On February 12, 2021 I spoke to Assistant United States Attorney Rachel Agress via E-Mail. Ms. Agress informed me that the government does not oppose this request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 12, 2021        By _____
                                CLAIRE M. SIMONICH
                                Deputy Federal Public Defender

3