CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CLAIRE M. SIMONICH (Bar No. 316094)
(E-Mail: Claire_Simonich@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ANGEL ANGULO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGEL ANGULO<br><br>　　　　Defendant. | Case No. CR 19-72-JAK<br><br>**(PROPOSED) ORDERS IN THE ALTERNATIVE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document entitled: "Exhibit F to Angel Angulo's Sentencing Position Paper" be filed under seal.


DATED: February ___, 2021          By _____
　　　　　　　　　　　　　　　　　　　HONORABLE JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**OR**

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document entitled: "Exhibit F to Angel Angulo's Sentencing Position Paper" shall not be filed and instead shall be returned to the Office of the Federal Public Defender.

DATED: February  , 2021        By _____
                                   HONORABLE JOHN A. KRONSTADT
                                   UNITED STATES DISTRICT JUDGE

Presented by:

_____ .
CLAIRE M. SIMONICH
Deputy Federal Public Defender

2