TRACY L. WILKISON
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
RACHEL N. AGRESS (Cal. Bar No. 281703)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0487
     Facsimile: (213) 894-6269
     E-mail:    rachel.agress@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 19-00072-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR FINDINGS OF FACT PURSUANT TO THE CARES ACT |
| v. | |
| ANGEL PHILIP ANGULO, JR., aka "Bullet," | |
| Defendant. | |

　　　　Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Rachel N. Agress, hereby applies for an order setting forth the Court's findings of fact in support of a determination under § 15002(b) of the CARES Act that the sentencing hearing in this case may proceed by video teleconference, or by telephone if video teleconference is not reasonably available.

　　　　Defendant ANGEL PHILIP ANGULO, JR., also known as, "Bullet," ("defendant"), by and through his counsel of record, Deputy Federal

Public Defender Claire Simonich, objects to the factual findings in the government's proposed order and this application, but has consented to proceed with his sentencing hearing by video-teleconference.  The government believes that the factual findings in its proposed order are necessary to support conducting the guilty-plea hearing by video-teleconference.

The government's application is based on the files and records in this case and such further evidence and argument as the Court may permit.

Dated: February 16, 2021         Respectfully submitted,

                                 TRACY L. WILKISON
                                 Acting United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                       /s/
                                 RACHEL N. AGRESS
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA