1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>ANGEL ANGULO,<br><br>       Defendant. | No. CR 19-72-JAK<br><br>**ORDER RE UNOPPOSED *EX PARTE* APPLICATION TO FILE UNTIMELY AND UNDER SEAL (DKT. 49)** |

Based on a review of Defendant's Unopposed *Ex Parte* Application to File Untimely and Under Seal (the "Application" (Dkt. 49)), sufficient good cause has been shown. Thus, the Application is **GRANTED.** The document entitled "Exhibit F to Angel Angulo's Sentencing Position Paper" shall be filed late and under seal.

**IT IS SO ORDERED.**

Dated:  February 16, 2021

John A. Kronstadt
United States District Judge