E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
RACHEL N. AGRESS (Cal. Bar. No. 281703)
Assistant United States Attorney
International Narcotics, Money Laundering,
  & Racketeering Section
      1400 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0487
      Facsimile: (213) 894-0141
      E-mail:    rachel.agress@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                  UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| v. | |
| **See Attachment A**, | |
| Defendant. | |

     Plaintiff, United States of America, hereby advises the court

that **RACHEL N. AGRESS** is departing the United States Attorney's

Office, and all of the cases in Attachment A should have the contact

///

///

///

information replaced with the generic USAO email used for docketing.

DATED: April 11, 2024                    Respectfully submitted,

                                         E. MARTIN ESTRADA

                                         United State Attorney

                                         MACK E. JENKINS
                                         Assistant United States Attorney
                                         Chief, Criminal Division


                                         /s/
                                         _____
                                         RACHEL N. AGRESS
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

# ATTACHMENT A

1  | 8:23-cr-00034-CJC-1
2  | 8:22-cr-00030-CJC-1
3  | 8:20-cr-00027-JVS-1
4  | 8:19-cr-00182-CAS-1
5  | 8:18-cr-00003-CJC-1
6  | 5:20-cv-01419-VAP-kk
7  | 5:19-cr-00072-JAK-1
8  | 5:14-cr-00107
9  | 2:01-cr-01234-DSF-1
10 | 2:03-cr-00155-PA-1
11 | 2:07-cr-01130
12 | 2:09-cr-00445
13 | 2:12-cr-00548
14 | 2:12-cr-00722
15 | 2:12-cr-01179-AG-1
16 | 2:13-cr-00270-DMG-1
17 | 2:14-cr-00441
18 | 2:15-cr-00211
19 | 2:15-cr-00406
20 | 2:15-cr-00593
21 | 2:16-cr-00215
22 | 2:17-cr-00762-PA
23 | 2:18-cr-00437-TJH
24 | 2:18-cr-00781-ODW-1
25 | 2:18-cr-00814-DMG-1
26 | 2:19-cr-00127-CAS-1
27 | 2:19-cr-00501-PA-1
28 |

```
 1   2:19-cr-00785-JAK
 2   2:19-cv-10054-TJH
 3   2:19-cv-10525-KS
 4   2:19-cv-10993-TJH
 5   2:20-cr-00151-ODW-1
 6   2:20-cr-00310-SVW-1
 7   2:20-cr-00345-DSF-1
 8   2:20-cr-00352-VAP-1
 9   2:20-cr-00364-DMG-1
10   2:20-cr-00387-AB-1
11   2:20-cr-00414-GW-1
12   2:20-cr-00425-ODW-1
13   2:20-cr-00477-AB-1
14   2:20-cr-00592-MCS-1
15   2:20-cv-04161-PA-SP
16   2:20-cv-11366-CAS
17   2:21-cr-00077-RGK-1
18   2:21-cr-00088-DSF-1
19   2:21-mj-05730-DUTY-1
20   2:22-cr-00393-JAK-1
21
22
23
24
25
26
27
28
```